**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      John W. Carpenter v. Michael Constantelo

Appellate case number:    01-20-00079-CV

Trial court case number:    D-1-FM-18-004337

Trial court:              200th District Court of Travis County

Appellant, John W. Carpenter, has filed two motions to extend time to file his brief by 30 days.[1] Appellant's brief is due 30 days after the later of the date the clerk's record was filed or the reporter's record was filed. TEX. R. APP. P. 38.6(a). The clerk's record was filed on January 7, 2020, but the reporter's record has not yet been filed. The Court notes that appellant must request in writing that the official reporter prepare the reporter's record. TEX. R. APP. P. 34.6(b)(1). Accordingly, because appellant's brief is not yet due, we **dismiss** appellant's motions as moot.

It is so ORDERED.

Judge's signature:     /s/  Evelyn V. Keyes
                      ☑ Acting individually    ☐ Acting for the Court

Date: _____February 4, 2020_____

---

[1]    Both of appellant's motions are nearly identical. Appellant's first motion was filed in the Court of Appeals for the Third District of Texas at Austin, where this appeal originated before the Texas Supreme Court transferred it to this Court pursuant to its docket-equalization powers. *See* TEX. GOV'T CODE ANN. § 73.001; Misc. Docket No. 19-9120 (Tex. Dec. 20, 2019). After this appeal was transferred to this Court, the Clerk of the Court of Appeals for the Third District of Texas delivered appellant's first motion to this Court. Appellant then filed his second motion in this Court. This order disposes of both motions.